## OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

### v.

### Allen R. WASHINGTON, Respondent.

#### No. 310, Disciplinary Docket No. 3—Supreme Court.

Supreme Court of Pennsylvania.

March 20, 1997.

*ORDER*

PER CURIAM:

AND NOW, this 20th day of March, 1997, upon consideration of the Report and Recommendations of the Disciplinary Board dated February 5, 1997, it is hereby

ORDERED that ALLEN R. WASHINGTON, be and he is SUSPENDED from the Bar of this Commonwealth for a period of three (3) years, and he shall comply with all the provisions of Rule 217 Pa.R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.